**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HAMZA GHAZNAVI, *individually and on behalf of all others similarly situated,*

                Plaintiff,

-against-

DE LONGHI AMERICA, INC.,

                Defendant.
-----------------------------------------------------------X

22 **CIVIL** 1871 (KPF)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 2, 2023, Defendant's motion to dismiss for lack of subject matter jurisdiction is GRANTED. Plaintiff's claims are dismissed without prejudice. Accordingly, the case is closed.

**Dated:** New York, New York

      August 2, 2023

                                          **RUBY J. KRAJICK**

                                          **Clerk of Court**

                    **BY:**

                                          **Deputy Clerk**